**Petition for Writ of Mandamus Denied and Memorandum Opinion filed May 30, 2019.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-19-00417-CR

### IN RE DEANDRE DEBOEST, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**232nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1604855**

## MEMORANDUM OPINION

On May 17, 2019, relator DeAndre DeBoest filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (Supp.); *see also* Tex. R. App. P. 52. In the petition, relator, who has been charged with the offense of delivery of a controlled substance, asks this court to compel the Honorable Josh Hill,

presiding judge of the 232nd District Court of Harris County, to dismiss the indictment against him for lack of a speedy trial.

In the petition, relator alleges that Judge Hill has denied his repeated requests to bring the case to trial and that Judge Hill told relator that his pro se motions mean nothing because they were not filed by his court-appointed lawyer. Thus, it appears that relator is represented by counsel.

A criminal defendant is not entitled to hybrid representation. *See Robinson v. State,* 240 S.W.3d 919, 922 (Tex. Crim. App. 2007)*; Landers v. State*, 550 S.W.2d 272, 280 (Tex. Crim. App. 1977) (op. on reh'g). The absence of a right to hybrid representation means that a relator's pro se mandamus petition should be treated as presenting nothing for this court's review. *See Gray v. Shipley*, 877 S.W.2d 806, 806 (Tex. App.—Houston [1st Dist.] 1994, orig. proceeding). Because relator's petition indicates that he is represented by counsel, he is not entitled to mandamus relief.

Additionally, relator has not provided this court with a record showing that he is entitled to mandamus relief. *See* Tex. R. App. P. 52.7(a)(1); *In re Foster*, 503 S.W.3d 606, 607 (Tex. App.—Houston [14th Dist.] 2016, no pet.) (per curiam).

For these reasons, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Spain and Poissant.
Do Not Publish — Tex. R. App. P. 47.2(b).